

07 CRIM 562

REQUEST FOR COURT ACTION

P48003 - D. Mulcahy

TO:    JIM MOLINELLI
         Miscellaneous Court Clerk

OFFENSE: <u>Attempted Extortion (18 USC 1951 and 2)</u>

ORIGINAL SENTENCE: <u>Imprisonment for a total of 27 months, with credit for time already served followed by a Three (3) year term of Supervised Release.</u>

FROM:   DAVID T. MULCAHY
          U.S. Probation Officer

SPEC. CONDITIONS: <u>S/A: $100.00 due immediately. Defendant shall pay a fine of $6,000 at the rate of $175.00 per month, with interest waived if timely paid by the 15th of each month during supervised release. This amount may be modified based on the defendant's ability to pay as determined by United States Probation Office (USPO) and approved by the Court. Defendant shall not incur new credit card charges or open additional lines of credit without permission of USPO and until the imposed fine is paid in full. Defendant shall provide USPO with access to requested financial information or a signed release, so long as the fine remains unpaid.</u>

AUSA: <u>To be assigned</u>

RE:    <u>FIORE, VINCENT</u>
       Dkt # <u>3:04 CR 28</u>

DATE OF SENTENCE:  <u>July 1, 2005</u>

DATE:  <u>June 13, 2007</u>

ATTACHMENTS:   Certified Judgement

REQUEST FOR:   ACCEPTANCE OF JURISDICTION   <u>X</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: JUN 20 2007

VINCENT FIORE                                                                                          P48003-D.T. Mulcahy

2

**REQUEST FOR ACCEPTANCE OF JURISDICTION**

Vincent Fiore was sentenced by the Honorable Janet Bond Arterton, U.S. District Judge for the District of Connecticut. We have received a letter from the District of Connecticut advising that Judge Arterton has signed the Transfer of Jurisdiction forms initiating Mr. Fiore's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer.

                                                Respectfully submitted,

                                                CHRIS J. STANTON
                                                Chief U.S. Probation Officer

                                                DAVID T. MULCAHY
                                                U.S. Probation Officer
                                                212-805-5178

DTM:ms
Enc.